IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAVANDER BARKLEY,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2437

Opinion filed October 21, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Lavander Barkley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking belated appeal is dismissed as moot.

WOLF, ROBERTS, and ROWE, JJ., CONCUR.